**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A.,<br><br>    Defendant. | Case No.: 4:13-cv-1932 KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff Barbara Crane is proceeding in this case without an attorney. Defendant filed motion to dismiss the first amended complaint on July 2, 2013. Dkt # 28. The motion is currently set for hearing on September 5, 2013.

According to the Court's local rules, Plaintiff should have filed an opposition to Defendant's motion by July 16. *See* Civil Local Rule 7-3. Plaintiff has not filed an opposition.

The September 5, 2013 hearing on the motion to dismiss is hereby VACATED. The Court ORDERS Plaintiff to, within 14 days of this order, show cause why her case should not be dismissed for failure to prosecute, and file her opposition to the motion to dismiss or a statement of non-opposition to the motion.

///

///

///

Failure to comply with this order may result in Defendant's motion to dismiss being granted, or in the dismissal of the case for failure to prosecute. *See* Magistrate Judge Westmore's General Standing Order, ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

It is so ORDERED.

DATE: August 6, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE