United States District Court
Northern District of California

BARBARA CRANE,

    Plaintiff,

    v.

WELLS FARGO, DOES 1-20, inclusive,

    Defendants.

Case No.: 4:13-cv-1932 KAW

ORDER REGARDING MOTION TO DISMISS

    On July 2, 2013, Defendant Wells Fargo, N.A. filed a motion to dismiss Plaintiff Barbara Crane's First Amended Complaint. Plaintiff, proceeding pro se, did not oppose the motion to dismiss.

    On October 24, 2013, the Court ordered Plaintiff to show cause why her case should not be dismissed for failure to prosecute, and to file her opposition to the motion to dismiss the First Amended Complaint. Plaintiff timely filed both documents. Thereafter, Wells Fargo filed its reply, so the motion is fully briefed.

    After a review of the papers, the Court finds the motion to dismiss suitable for resolution without further briefing or oral argument pursuant to Civil Local Rule 7-1(b), and the matter is deemed submitted.

    IT IS SO ORDERED.

DATE: February 12, 2014

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE